## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------- X

| | | |
|---|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | **:** **:** **:** | 3:09-md-02100-DRH-PMF MDL No. 2100 |
| ------------------------------------------------------------- | **:** | |
| KARA NEER, | **:** | Judge David R. Herndon |
| Plaintiff vs. | **:** **:** | |
| BAYER CORPORATION *et al.*, | **:** | |
| Defendants. | **:** | Civil Action No.: <u>3:2009-cv-20128</u> |

------------------------------------------------------------- X

### ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint (3:2009-cv-20128 Doc. 24), the Court hereby ORDERS as follows: Plaintiff's Motion is **GRANTED**.  Further, the Court **DIRECTS** Plaintiff to file the amended complaint instanter.

**SO ORDERED:**


/s/  *DavidRHerndon*
Chief Judge
United States District Court          DATE: May 5, 2010